# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ORLANDO SMITH,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **No. 15-4913** |
| **COMHAR, INC.,** | : | |
| **Defendants.** | : | |

## ORDER

This 9th day of March, 2017, upon consideration of Plaintiff's Amended Complaint, Defendant's Motions for Summary Judgment, Plaintiff's Response, and Defendant's Reply, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

/s/ Gerald Austin McHugh
United States District Judge